# EXHIBIT A

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2017-05-03 12:56:12 EDT |
| Mark: | BUMBLEBEE |

# BUMBLEBEE

| | | | |
|---|---|---|---|
| US Serial Number: | 86693720 | Application Filing Date: | Jul. 15, 2015 |
| US Registration Number: | 4874521 | Registration Date: | Dec. 22, 2015 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Dec. 22, 2015 | | |
| Publication Date: | Oct. 06, 2015 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | BUMBLEBEE |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Toy action figures, toy vehicles and toy robots convertible into other visual toy forms | | |
| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 03, 1983 | Use in Commerce: | Oct. 03, 1983 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Hasbro, Inc. |

| | |
|---|---|
| Owner Address: | 1027 Newport Avenue<br>Pawtucket, RHODE ISLAND UNITED STATES 02862 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | RHODE ISLAND |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | HASBRO, INC.<br>Hasbro<br>1027 Newport Ave<br>Pawtucket, RHODE ISLAND UNITED STATES 02861-2500 |
| Phone: | 401-727-5530 |
| Fax: | 401-709-6448 |
| Correspondent e-mail: | paul.vanasse@hasbro.com  tracy.valenti@hasbro.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 22, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 06, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 06, 2015 | PUBLISHED FOR OPPOSITION | |
| Sep. 16, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 01, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 29, 2015 | ASSIGNED TO EXAMINER | 59810 |
| Jul. 21, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 18, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION |
| Date in Location: | Dec. 22, 2015 |