# EXHIBIT B

 

Quick Links ▶

BRANDS    CATEGORIES    AGES    MORE FUN    SPECIAL OFFERS    Search

Sign up for emails and get 20% off your next order!    Free shipping on most orders over $29 Click here for details!



  

# TRANSFORMERS: THE LAST KNIGHT PREMIER EDITION DELUXE BUMBLEBEE

AGES 8 +

$19.99                                      ITEM#C1320AS00
★★★★★
Be the first to review this product

Write a review

In Stock

QUANTITY    1

ADD TO CART

ADD TO WISH LIST

Chat Now    Pin it  f  ⊙  🖶

The explosive Transformers saga continues with Transformers: The Last Knight. With the fate of Earth at stake, new heroes must rise in an epic struggle to forge a future for all.

The Transformers: The Last Knight Premier Edition Deluxe lineup features highly articulated, 5.5-inch-scale figures with detail inspired by the movie. This Premier Edition features fan favorite characters from Transformers: The Last Knight, so fans can join in the epic Transformers action.

Courageous Autobot scout Bumblebee is the first to step up when enemies threaten the human race. And he never backs down. In a legendary battle for the fate of the planet, he must unite with Cade Yeager and his Autobot comrades to confront the menacing Decepticons.

Figure Specs:
Premier Edition Deluxe Autobot Bumblebee figure

Courageous Autobot scout Bumblebee is the first to step up when enemies threaten the human race. And he never backs down. In a legendary battle for the fate of the planet, he must unite with Cade Yeager and his Autobot comrades to confront the menacing Decepticons.

Figure Specs:
Premier Edition Deluxe Autobot Bumblebee figure
Modes: robot and Chevrolet Camaro vehicle
Accessories: throwing star weapons
15-step conversion

Includes Transformers: The Last Knight Premier Edition Deluxe Bumblebee figure, 2 accessories, and instructions.

- Premier Edition Deluxe Bumblebee figure
- The Premier Edition lineup features Transformers: The Last Knight detailing
- Converts to Chevrolet Camaro mode from Transformers: The Last Knight
- Comes with 2 throwing stars
- Converts in 15 steps

Figure scale: 5.5 inches

- Ages 8 and up

## YOU MAY ALSO LIKE



**TRANSFORMERS: THE LAST KNIGHT PREMIER EDITION VOYAGER CLASS ...**

$29.99  ADD TO CART



**TRANSFORMERS: THE LAST KNIGHT PREMIER EDITION DELUXE DECEPTICO...**

$19.99  ADD TO CART



**TRANSFORMERS: THE LAST KNIGHT PREMIER EDITION DELUXE DINOBOT ...**

$19.99  ADD TO CART



**TRANSFORMERS: THE LAST KNIGHT PREMIER EDITION VOYAGER CLASS ...**

$29.99  ADD TO CART



**PLAYSKOOL HEROES TRANSFORMERS RESCUE BOTS BUMBLEBEE**

$9.99  ADD TO CART

Specifications    Reviews





