# EXHIBIT C

Sign up for our emails and get **$10 off\*** on your order - <u>**click here >**</u>     ×

 **SHOP**

Search     🔍   Sign in / Register     🛒 **0**

WHAT'S NEW  |  BRAND  |  CATEGORY  |  AGE  |  GIFTS  |  CLEARANCE

Free Shipping on order of $39+



Click to zoom         • • • • • ●

⚠ **WARNING:** CHOKING HAZARD—Small parts.
Not for children under 3 years.

Home  ›  Brand  ›  DC Superhero Girls™  ›  DC Super Hero Girls™ Bumblebee™ 12-Inc
Action Doll

# DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll

6 & up

★★★★★  Read Reviews (7)  |  Write a Review

## $19.99

**IN STOCK**

🛒 ADD TO CART

MORE WAYS TO BUY     GET IT ON SALE

SHARE     ✉

## Product Features                                                    −

Inspired by the powerful students of DC Super Hero High, the DC Super Hero Girls action dolls are ready for powerful fun. In 12-inch scale, Bumblebee action doll buzzes with energy! She wears a fabulous outfit that blends the iconic elements of her original DC Super Hero character – yellow and black with classic bee stripes – with modern trends ready for action. Accessories are equally awesome! The trend-loving social bug sports gorgeous bumblebee wings. Designed with high articulation and the ability to stand alone, Bumblebee action doll is ready for powerful posing and creative storytelling – capture a moment of action. Girls will love finding their own unique abilities along with the preeminent students of DC Super Hero High who learn to master their powers and the hero fundamentals in ways big and small. From a routine school day to a Super Hero adventure, the galaxy is the limit!

- **Dimensions:** 3.5 x 13 x 8"

- DC SUPER HERO GIRLS and all related characters and elements © & ™ DC Comics & Warner Bros.

Document title: DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll | DLT66 | Mattel Shop
Capture URL: http://shop.mattel.com/shop/en-us/ms/dc-superhero-girls-toys/dc-super-hero-girls-bumblebee-12-inch-action-doll-dlt66
Capture timestamp (UTC): Wed, 26 Apr 2017 20:53:27 GMT

along with the preeminent ...... ...... hero fundamentals in ways big and small. From a routine school day to a Super Hero adventure, the galaxy is the limit!

- **Dimensions:** 3.5 x 13 x 8"
- DC SUPER HERO GIRLS and all related characters and elements © & ™ DC Comics & Warner Bros. Entertainment Inc. (s16)

**SKU #: DLT66**

**360° View**



DC SUPER HERO GIRLS™ BUMBLE BEE™ 12" ACTION DOLL

# DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll

6 & up

★★★★★ Read Reviews (7)  |  Write a Review

## $19.99

**IN STOCK**

**ADD TO CART**

**MORE WAYS TO BUY**    **GET IT ON SALE**

SHARE  f  t  p  ✉

## Features

### Join the Super Hero Students of Super Hero High!

At DC Super Hero High, young Super Heroes get schooled in the art of being an amazing Super Hero -- and a remarkable human being. United by friendship, these teens find their inner heroes and help you uncover yours, too! From routine school days to action-packed adventures, the Super Hero teens -- like Bumblebee™, the always-abuzz tech genius and sometimes miniature spy -- learn to master their super powers (which can be stressful) and combat the awkward moments of growing up (which can be even more stressful!).





### Display Powerful Poses & Tell Adventurous Tales!

Recreate favorite moments from the web series, play out Super Hero moments from your day or imagine life for these busy teens with the DC Super Hero Girls™ action dolls. Designed in 12-inch scale, this Super Hero Bumblebee™ doll features lots of articulation to enable lots of flexible action -- with or without her cool accessories! And she can stand alone to capture an awesome pose or an action .... ....!

Document title: DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll | DLT66 | Mattel Shop
Capture URL: http://shop.mattel.com/shop/en-us/ms/dc-superhero-girls-toys/dc-super-hero-girls-bumblebee-12-inch-action-doll-dlt66
Capture timestamp (UTC): Wed, 26 Apr 2017 20:53:27 GMT



### Display Powerful Poses & Tell Adventurous Tales!

Recreate favorite moments from the web series, play out Super Hero moments from your day or imagine life for these busy teens with the DC Super Hero Girls™ action doll. Designed in 12-inch scale, this Super Hero Bumblebee™ doll features lots of articulation to enable lots of flexible action — with or without her cool accessories! And she can stand alone to capture an awesome pose or an action moment!

**Leap into Action with an Action-Ready Look!**

Each DC Super Hero Girls™ action doll is dressed to save the day in a signature outfit with iconic accessories. Fans will recognize the classic colors, iconic symbols and action-ready elements. Bumblebee™ action doll creates a buzz in her black and yellow top and pants with bee-inspired prints. Blue and yellow wrist cuffs and yellow boots complete the recognizable look. And her removable bee wings provide a powerful addition for storytelling fun!





# DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll

6 & up

    Read Reviews (7)  |  Write a Review

## $19.99

IN STOCK

[ 🛒 ADD TO CART ]

[ MORE WAYS TO BUY ]   [ GET IT ON SALE ]

SHARE  [f] [t] [p] [✉]



### Find Your Inner Hero with DC Super Hero Girls™!

Young imaginations will love exploring the lives of these





Home   Brand   DC Superhero Girls ™   DC Super Hero Girls™ Bumblebee™ 12-Inc Action Doll



**Find Your Inner Hero with DC Super Hero Girls™!**

Young imaginations will love exploring the lives of these super teens along with their unique powers -- and finding their own inner heroes along the way! From the ability to fly to a super-high IQ to manufacturing one's size, the powerful students of DC Super Hero High strive to use their abilities for good -- and good grades. Collect them all to expand your capabilities for super fun (each sold separately, subject to availability).

## What's in the box?

### Features

- Unleash your inner hero with the Super Hero action dolls inspired by the new students of DC Super Hero High!
- Each 12-inch DC Super Hero Girls™ action doll wears an action-ready outfit that blends iconic elements of the original DC Super Hero character with modern trends!
- Bumblebee™ is bee-utiful in yellow and black with classic bee stripes.
- Iconic Super Hero accessories include her removable bumblebee wings.
- The action doll is designed with high articulation and the ability to stand alone for action poses and active storytelling fun!
- Includes Bumblebee™ action doll wearing fashion and accessories, plus removable wings.
- Collect all of the DC Super Hero High dolls for full class attendance!

*Age Grade*
6Y~

### LEGAL
©2015 Mattel. All Rights Reserved.
DC SUPER HERO GIRLS and all related characters and elements © &™ DC Comics & Warner Bros. Entertainment Inc. (s16)



The information above is powered by **WEBCOLLAGE**

# DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll

6 & up



★★★★★  Read Reviews (7)  |  Write a Review

## $19.99

**IN STOCK**



🛒 ADD TO CART

| MORE WAYS TO BUY | GET IT ON SALE |

SHARE     

# RECOMMENDED PRODUCTS



★★★★★ (13)
**DC Super Hero Girls™ Harley Quinn™ 12-Inch**

★★★★ (2)
**DC Super Hero Girls™ Starfire Doll with Solar**

★★★★★ (10)
**DC Super Hero Girls™ Poison Ivy™ 12-Inch**

★★★★★ (8)
**DC Super Hero Girls™ Batgirl™ 12-Inch Action**

Document title: DC Super Hero Girls™ Bumblebee™ 12-Inch Action Doll | DLT66 | Mattel Shop
Capture URL: http://shop.mattel.com/shop/en-us/ms/dc-superhero-girls-toys/dc-super-hero-girls-bumblebee-12-inch-action-doll-dlt66
Capture timestamp (UTC): Wed, 26 Apr 2017 20:53:27 GMT







**SAVING THE WORLD FROM THE PLANS OF SUPER-VILLAINS ISN'T EASY,**

Especially when you have to rush home right afterward to study for a big test in Heronomics, but that's just a day in the life of a student at Super Hero High. A school where you not only learn how to control and master your awesome powers, but also the value of teamwork and the importance of being comfortable in your own super skin. Fortunately, your classmates know exactly what you're going through as every student here is trying to figure out how to be *A SUPER HERO, AND A SUPER FRIEND.*

# BUMBLEBEE™

**Home Town:** METROPOLIS™

**Personality:** BUMBLEBEE™ IS BUBBLY, FUN, OUTGOING AND ENERGETIC.

**Super Powers:** ENHANCED STRENGTH, FLIGHT, ABILITY TO SHRINK, PROJECTS SONIC BLASTS.

**Super Accessories:** WINGS AND A SPECIAL TECH SUIT THAT ALLOWS HER TO SHRINK DOWN TO INSECT SIZE.

**Best Super Friends:** SUPERGIRL™ BATGIRL™

**Favorite Class:** ADVANCED HERO TECH

DOLLS STAND ON THEIR OWN!

Each sold separately, subject to availability. Colors and decoration may vary.

DC **Super Hero Girls™**

DCSUPERHEROGIRLS.COM



