# EXHIBIT D



Home > DC Super Hero Girls > Bumblebee™ Helicopter



### Bumblebee™ Helicopter
### $14.99
**Available now**

★★★★ 2 Reviews
Submit Review

Limit 5

1

**ADD TO BAG**

**ADD TO WISHLIST**

FIND MORE PRODUCTS LIKE THIS

DC Comics™ Super Heroes | Vehicles
DC Super Hero Girls

## Product Details

Keep the crystals from the evil Kryptomites!

| Item | VIP Points | Ages | Pieces |
|---|---|---|---|
| 41234 | 14 | 7-12 | 142 |

## Features



Be part of the action-packed LEGO® DC Super Hero Girls™ world as Bumblebee™ protects her shipment of crystals from the Kryptomites. This great set features a Bumblebee™ mini-doll figure, helicopter with opening cockpit, spinning rotors, stud shooters, zipline and space in the back for the crystals, plus a dumpster and small stud shooter for the two angry red Kryptomites.

- Includes a Bumblebee™ mini-doll figure, plus two angry red Kryptomites.
- Features a helicopter with opening cockpit, spinning rotors, zipline, two stud shooters and storage space in the back to hold the crystals.
- Also includes a dumpster to hold the stolen crystals.
- Load the crystals in the back of the helicopter and take off.
- Fire the helicopter's stud shooters at the Kryptomites.



- Load the crystals in the back of the helicopter and take off.
- Fire the helicopter's stud shooters at the Kryptomites.
- Shake the Kryptomite™ off the helicopter's zipline and recover the stolen crystals from the dumpster.
- Includes a small stud shooter for the Kryptomites.
- Accessory elements include four studs and three crystal elements.
- This set offers an age-appropriate build and play experience for ages 7-12.
- Join the other teens at 41232 Super Hero High School to learn more about being a Super Hero!
- Cute but evil Kryptomites are included in every LEGO® DC Super Hero Girls™ set.
- Bumblebee's helicopter measures over 2" (7cm) high, 3" (10cm) long and 3" (10cm) wide.
- Dumpster measures over 1" (4cm) wide, 1" (3cm) deep and under 1" (2cm) high.

Building Instructions

## Customer Reviews (2)

**Overall Rating:** 4

100% of reviewers would recommend this product.

**Play Experience:** 4.5

**Value for Money:** 3.5

**Level of Difficulty:** Average



2 Reviews

Choose a sort order

FILTER

RATING

AGE:

CUSTOMER TYPE:

BUILDING EXPERIENCE:

PURCHASED FOR:

February 7, 2017

**BentWright** 35-44 years old
Customer Type: LEGO Fan
Building Experience: Advanced LEGO builder
Top 10 Contributor

### Fun vehicle and colors.

While I don't usually care for the impossibly skinny mini-dolls, I love Bumblebee's torso, hair, and wings.

Purchased For: Self
Build Time: 33 Mins

Play Experience:

Value for Money:

Level of Difficulty: Average

Document title: Bumblebee™ Helicopter | LEGO Shop
Capture URL: https://shop.lego.com/en-US/Bumblebee-Helicopter-41234?CMP=KAC-SAHCSEU8&amp;HQS=41234&amp;ef_id=V5%40oUwAABdYb2i5s…
Capture timestamp (UTC): Wed, 26 Apr 2017 20:57:43 GMT